NOT FOR PUBLICATION                                                          CLOSED

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JEVON D. GREEN, | Hon. Dennis M. Cavanaugh |
| Plaintiff, | ORDER |
| v. | Civil Action No. 09-CV-6110 (DMC) |
| MARILYN S. CALMA, ROWEL M. CALMA, 21 CENTURY INSURANCE, | |
| Defendants. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion by Plaintiff Jevon D. Green to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915; and upon consideration of Plaintiff's application and affidavit;

**WHEREFORE** a district court evaluates an application to proceed *in forma pauperis* by **(1)** determining whether a plaintiff is eligible for pauper status, and **(2)** screening the complaint to ascertain whether it is frivolous, fails to state a claim for which relief can be granted, or seeks monetary relief from a defendant who is immune to such relief, see Levine v. Florida, 2005 U.S. Dist. LEXIS 28148, at *1 (D.N.J. Nov. 16, 2005);

**WHEREFORE** Plaintiff asserts state law claims for damages resulting from a car accident occurring in New Jersey;

**WHEREFORE** one of the named Defendants and Plaintiff are both residents of New Jersey;

**WHEREFORE** Plaintiff's application, accordingly, demonstrates that jurisdiction is not proper in this Court under 28 U.S.C. § 1332;

IT IS on this _23_ day of February, 2010;

**ORDERED** that Plaintiff's motion to proceed *in forma pauperis* is **granted;** and it is further,

**ORDERED** that Plaintiff's complaint is **dismissed**, as jurisdiction in this Court is not proper.

_____
Dennis M. Cavanaugh, U.S.D.J.

| | |
|---|---|
| Original: | Clerk's Office |
| cc: | All Counsel of Record |
| | The Honorable Mark Falk, U.S.M.J. |
| | File |